```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )
                               )
              Plaintiff        )        1:04-cr-5134 OWW
                               )
      v.                       )
                               )
DAVID ARTHUR OHMAN,            )
                               )
              Defendant        )   ORDER DENYING DEFENDANTS MOTION
_____ )   FOR EXPANSION OF TIME
```

The Court having reviewed and considered movant David Arthur Ohman's ex parte motion for expansion of time;

IT IS HEREBY ORDERED that said motion is denied and the hearing shall proceed as scheduled on November 14, 2005 at 9:00 a.m.

Dated: October 28, 2005              /s/ OLIVER W. WANGER
                                     _____
                                     OLIVER W. WANGER
                                     United States District Judge

1