UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　v.<br><br>DAVID OHMAN,<br><br>　　　　Defendant<br>_____ | 1:04-CR-5134 OWW<br><br><br><br><br><br>ORDER DIRECTING DEFENDANT TO COMPLY WITH CONDITIONS OF RELEASE |

　　It is hereby ordered that the above-named defendant comply with the conditions of supervised release, in that he appear at the United States Probation Office in Modesto, California on November 17, 2005, between the hours of 3:30 p.m. and 5:30 p.m. to submit to DNA testing.

Dated: November 15, 2005　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　United States District Judge

1