**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:04-cr-5134 OWW |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| DAVID ARTHUR OHMAN, | ) | |
| Defendant. | ) | |

The Defendant has filed various pleadings in this matter; the latest a "Demand For Partial Summary Judgment" as of December 2, 2005.

Defendant is a criminal defendant completing service of court-ordered supervised release. An order previously was entered in this court requiring Defendant to provide a DNA sample in accordance with the requirements of law.

Defendant has filed various documents including the current demand for partial summary judgment, a procedure authorized by the Federal Rules of Civil Procedure, which has no application in this criminal case and the performance of the court-ordered conditions of supervised release by the Defendant. Such a frivolous request invoking inapplicable procedural law, seeking

1

1  relief that is contrary to law, appears to be an attempt to
2  vexatiously interfere with the functioning of the court.
3      Defendant's "Demand For Partial Summary Judgment FRCP 56"
4  filed December 2, 2005, is ORDERED STRICKEN.
5      All pending requests for "relief" are DENIED.  Defendant is
6  cautioned that further attempts to interfere with or to obstruct
7  the processes of the court will result in appropriate action.
8
9  SO ORDERED.
10
11 DATED:   December 8, 2005.
12                                  /s/ OLIVER W. WANGER
13                        _____
                                Oliver W. Wanger
14                        UNITED STATES DISTRICT JUDGE
15 ohman order